■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO SORDI, Appellant. [696 NYS2d 675] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered June 30, 1998, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a prison term of 6 months concurrent with a term of 5 years probation, unanimously affirmed.

Following a hearing, the court properly denied defendant's application to withdraw his guilty plea since the record shows that his plea was knowing, intelligent and voluntary (*People v Frederick*, 45 NY2d 520). Defendant's claims of inadequate factual allocution and coercion are belied by the minutes of the proceedings. We have considered and rejected defendant's remaining claims. Concur—Sullivan, J. P., Nardelli, Williams, Rubin and Andrias, JJ.